UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00187

**Ashley Reshe Cook,**
*Plaintiff,*

v.

**Commissioner of Social Security,**
*Defendant.*

**O R D E R**

 Plaintiff Ashley Reshe Cook filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of the commissioner's final decision denying her application for supplemental security income. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell in accordance with 28 U.S.C. § 636(b).

 On October 17, 2024, the magistrate judge issued a report recommending that the commissioner's unopposed motion to remand be granted. Doc. 15. The parties did not object to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

 Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court grants the motion, reverses the commissioner's final administrative decision, and remands the matter to the commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Any pending motions are denied as moot.

      *So ordered by the court on February 6, 2025.*

      J. C<small>AMPBELL</small> B<small>ARKER</small>
      United States District Judge