UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00187

**Ashley Reshe Cook,**
*Plaintiff,*

v.

**Commissioner of Social Security,**
*Defendant.*

# ORDER

Plaintiff Ashley Reshe Cook brought this social-security appeal seeking judicial review of the Commissioner's decision to deny her application for supplemental security income. Following a remand to the Commissioner for further proceedings, plaintiff filed a motion for EAJA attorney fees. Doc. 20. The magistrate judge issued a report and recommendation to grant the motion. Doc. 21. No party objected.

When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for attorney fees (Doc. 20) is granted. The Commissioner shall pay fees incurred totaling $8,930.00, payable to plaintiff and mailed to plaintiff's counsel of record.

*So ordered by the court on August 1, 2025.*

J. CAMPBELL BARKER
United States District Judge